# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JULIA MARSHALL,<br><br>       Plaintiff,<br><br>v.<br><br>LORAL SPACE & COMMUNICATIONS INC., MARK H. RACHESKY, MICHAEL B. TARGOFF, JOHN D. HARKEY, JR., ARTHUR L. SIMON, JOHN P. STENBIT, JANET T. YEUNG, TELESAT CANADA, TELESAT CORPORATION, TELESAT PARTNERSHIP LP, TELESAT CANHOLD CORPORATION, PUBLIC SECTOR PENSION INVESTMENT BOARD, and RED ISLE PRIVATE INVESTMENTS INC.,<br><br>       Defendants. | Case No. 1:21-cv-04128-MKV |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action") with prejudice. Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: August 24, 2021

**RIGRODSKY LAW, P.A.**

By: */s/ Gina M. Serra*
Seth D. Rigrodsky
Timothy J. MacFall
Gina M. Serra
Vincent A. Licata
825 East Gate Boulevard, Suite 300
Garden City, NY 11530
Telephone: (516) 683-3516
Email: sdr@rl-legal.com
Email: tjm@rl-legal.com
Email: gms@rl-legal.com
Email: vl@rl-legal.com

*Attorneys for Plaintiff*